UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Drew Allan Cicconi #083202 | Case No.  14-mc-80319-JD<br><br>**ORDER OF SUSPENSION** |

Because Drew Allan Cicconi has failed to respond to the Order to Show Cause, Drew Allan Cicconi's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  January 6, 2015

_____
JAMES DONATO
United States District Judge

United States District Court<br>
Northern District of California

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  IN THE MATTER OF                                      Case No.   14-mc-80319-JD
5  Drew Allan Cicconi #083202
                                                         **CERTIFICATE OF SERVICE**
6
7
8
9
10     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
11
12     That on 1/6/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
13
14
15     Drew Allan Cicconi
       PO Box 366
16     Topanga, CA 90290
17
18  Dated: 1/6/2015
19
20                                                       Richard W. Wieking
                                                         Clerk, United States District Court
21
22                                                       By:  *Lisa R. Clark*
                                                              _____
23                                                       Lisa R. Clark, Deputy Clerk to the
                                                         Honorable   James Donato
24
25
26
27
28